# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:23-cv-00088-MR-WCM

| | |
|---|---|
| **BLUNT MAN BOB, a/k/a Paul Tay,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **DEBRA CAMPBELL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** comes before the Court *sua sponte*.

The Plaintiff filed a Complaint in this matter on March 28, 2023. [Doc. 1]. The Plaintiff filed an application to proceed in this matter without prepaying fees or costs. [Doc. 2]. On April 12, 2023, the Magistrate Judge entered an Order denying the Plaintiff's application without prejudice. [Doc. 3]. More than thirty (30) days have passed since the entry of the Magistrate Judge's Order, and the Plaintiff has not filed an amended application or paid the required filing fee.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall file an amended application to proceed without the prepayment of fees or costs or pay the required filing fee within ten (10) days of the entry of this Order. The Plaintiff is specifically advised that failure to pay the required filing fee or file the

proper application within the time required will result in the dismissal of this action without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Signed: Martin Reidinger
Chief United States District Judge