# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:23-cv-00088-MR-WCM

| | |
|---|---|
| **BLUNT MAN BOB, a/k/a Paul Tay,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **DEBRA CAMPBELL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** comes before the Court *sua sponte*.

The Plaintiff filed a Complaint in this matter on March 28, 2023. [Doc. 1]. The Plaintiff filed an application to proceed in this matter without prepaying fees or costs. [Doc. 2]. On April 12, 2023, the Magistrate Judge entered an Order denying the Plaintiff's application without prejudice. [Doc. 3]. When no amended application was forthcoming, this Court entered an Order on May 24, 2023, directing the Plaintiff to file an amended application or pay the required filing fee within ten (10) days. The Plaintiff was specifically advised that failure to pay the required filing fee or file the proper application within the time required would result in the dismissal of this action without prejudice for failure to prosecute.

More than ten (10) days have passed since the entry of the Court's Order, and the Plaintiff has not filed an amended application or paid the required filing fee.

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

The Clerk of Court is respectfully directed to close this civil case.

**IT IS SO ORDERED.**

Signed: June 8, 2023

Martin Reidinger
Chief United States District Judge