# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Blunt Man Bob, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00088-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Debra Campbell, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 8, 2023 Order.

June 8, 2023

Katherine Hord Simon, Acting Clerk
United States District Court